FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Brian Anthony Piganelli,

    Defendant.

Case No. LA14MJ02277-DUTY

ORDER OF DETENTION

I.

On November 20, 2014, the Court detained defendant pending a detention hearing to be held on November 25, 2014. On November 24, 2014, defendant filed an ex parte application to submit to detention and a proposed order vacating the detention hearing which the court granted.

Accordingly, the Court finds as follows:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving Choose an item.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

///
///
///

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

    ☒    Lack of bail resources

    ☒    Previous failure to appear or violations of probation, parole, or release,

    ☒    possible mental health concerns as detailed in Pretrial Services Report

As to danger to the community:

    ☒    Nature of previous criminal convictions, which include violent crimes

    ☒    Allegations in present charging document

    ☒    Criminal Protective Order previously issued

V.

☐ The Court finds a serious risk that the defendant will

    ☐ obstruct or attempt to obstruct justice.

    ☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

Defendant's previous failure to appear, the previous issuance of a protective order against defendant in connection with a domestic violence conviction, his criminal history which includes convictions in 2013 for making terrorist threats and firearms violations, the nature of the instant offense (Felon in possession of a firearm), and the lack of substantial and credible bail resources leads the Court to find that defendant poses both a flight risk and danger to the community.

VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: November 25, 2014      /s/_____
                                               HON. ALKA SAGAR
                                               UNITED STATES MAGISTRATE JUDGE